B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Steam Sales Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-6140822** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**55 A Stonehill Rd.**<br>**Oswego, IL**<br>ZIP Code **60543** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kendall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**32 W. Chippewa Ct.**<br>**Oswego, IL**<br>ZIP Code **60543** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Steam Sales Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Steam Sales Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road
Suite 330
Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**May 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ John Greenwood**
Signature of Authorized Individual

**John Greenwood**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 28, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6D (Official Form 6D) (12/07)

In re **Steam Sales Corporation**,      Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0231** <br><br> **Dell Commercial Credit** <br> **PO Box 689020** <br> **Des Moines, IA 50368-9020** | X | - | 2008-2009 <br> Purchase Money Security Interest <br> computer equipment <br><br> Value $ **4,400.00** | | | | **10,094.64** | **5,694.64** |
| Account No. **xxx-xxxx-x5445** <br><br> **GMAC** <br> **P.O., Box 9001948** <br> **Louisville, KY 40290-1948** | X | - | Auto Loan <br> 2009 Chevy Avalanche <br><br> Value $ **27,000.00** | | | | **32,881.75** | **5,881.75** |
| Account No. **#xxxxx0058** <br><br> **Old Second National Bank** <br> **37 S. River St.** <br> **Aurora, IL 60506** | X | - | 9/15/2008 <br> Blanket Lien on all Debtor's Assets <br> Equipment, Inventory, Accounts Receivable, Cash. <br><br> Value $ **Unknown** | | | | **357,921.39** | **Unknown** |
| Account No. | | | <br><br> Value $ | | | | | |
| **0** continuation sheets attached | | | | | | Subtotal (Total of this page) | **400,897.78** | **11,576.39** |
| | | | | | | Total (Report on Summary of Schedules) | **400,897.78** | **11,576.39** |

B6E (Official Form 6E) (4/10)

In re **Steam Sales Corporation** ,  Case No. _____
 　　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

 A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

 The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

 Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

 Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

 Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

 Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

 Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

 Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

 **1**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Steam Sales Corporation**, Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Darren McCuaig<br>534 Truman Dr.<br>Oswego, IL 60543 | | - | April & May 2010<br>Wages and accrued vacation | | | | 4,750.00 | 0.00 | 4,750.00 |
| Account No.<br>John Greenwood<br>32 W. Chippewa Ct.<br>Oswego, IL 60543 | | - | April & May 2010<br>Wages | | | | 5,416.50 | 3,250.50 | 2,166.00 |
| Account No.<br>Mary Brown<br>509 Woodland Way<br>Oswego, IL 60543 | | - | April & May 2010<br>Wages and accrued vacation | | | | 3,562.50 | 0.00 | 3,562.50 |
| Account No.<br>Phil Van Wassenhove<br>16321 S Osceola Rd<br>Bradford, IL 61421 | | - | Wages and unpaid vacation | | | | 2,884.62 | 0.00 | 2,884.62 |
| Account No.<br>Rebecca Yassan<br>4525 N. Keystone<br>Chicago, IL 60630 | | - | April 2010<br>Wages- Unpaid bonus | | | | 7,500.00 | 0.00 | 7,500.00 |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 24,113.62 | 3,250.50 | 20,863.12

Total (Report on Summary of Schedules) 24,113.62 | 3,250.50 | 20,863.12

B6F (Official Form 6F) (12/07)

In re **Steam Sales Corporation**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **sm10** <br><br>**Bailey Mechanical** <br>**4301 W 123 St** <br>**Alsip, IL 60803** | - | | **Trade Debt** | | | | 28,388.00 |
| Account No. **4480** <br><br>**BMT Leasing Inc** <br>**PO Box 692** <br>**Bryn Mawr, PA 19010-0692** | - | | **Trade Debt (Lease)** | | | | 313.44 |
| Account No. **xxxx872-2** <br><br>**Construction Data Co.** <br>**PO Box 981097** <br>**Boston, MA 02298-1097** | - | | **Trade Debt** | | | | 2,290.00 |
| Account No. **xxxx-xxxx-xxxx-0231** <br><br>**Dell Commercial Credit** <br>**PO Box 689020** <br>**Des Moines, IA 50368-9020** | - | | **Trade Debt** | | | | 10,094.64 |

__5__ continuation sheets attached

Subtotal (Total of this page) **41,086.08**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steam Sales Corporation**, Case No. _____
                                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7556** <br><br> **Dex One** <br> **PO Box 660835** <br> **Dallas, TX 75266-0835** | - | | **Trade Debt (Marketing)** | | | | **647.72** |
| Account No. <br><br> **Fulton Boiler Works, Inc.** <br> **972 Centerville Rd.** <br> **Pulaski, NY 13142** | - | | **2009 to 2010** <br> **Equipment purchased in the ordinary course of business.** | | | X | **1,020,842.84** |
| Account No. <br><br> **Fulton Heating Solutions, Inc.** <br> **972 Centerville Rd.** <br> **Pulaski, NY 13142** | - | | **2009 to 2010** <br> **Equipment purchased in ordinary course of business.** | | | X | **394,472.69** |
| Account No. <br><br> **Fulton Thermal Corporation** <br> **972 Centerville rd.** <br> **Pulaski, NY 13142** | - | | **2009 to 2010** <br> **Equipment and supplies purchased in ordinary course of business.** | | | X | **98,485.24** |
| Account No. <br><br> **Generation Partners LLC.** <br> **6425 Grove Road** <br> **Oswego, IL 60543** | - | | **Rent for June** | | | | **6,045.38** |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,520,493.87**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steam Sales Corporation**, Case No. _____
　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Generation Partners, LLC.**<br>**6425 Grove Rd.**<br>**Oswego, IL 60543** | - | | **Trade Debt (Promissory Note)** | | | | **400,000.00** |
| Account No. **xxxxxx4153**<br><br>**ICC Industrial Chimney**<br>**400 Boul J.F. Kennedy**<br>**Saint-Jerome, Quebec J7Y 4B7**<br>**CANADA** | - | | **Trade Debt** | | | | **4,606.86** |
| Account No.<br><br>**John Greenwood**<br>**32 W. Chippewa Ct.**<br>**Oswego, IL 60543** | - | | **Loan to Business** | | | | **36,000.00** |
| Account No. **x3556**<br><br>**Johnston Boiler Co.**<br>**300 Pine St**<br>**Ferrysburg, MI 49409-0300** | - | | **Trade Debt** | | | | **1,206.98** |
| Account No.<br><br>**Kamin & Assoc.**<br>**120 ycamore Place**<br>**Highland Park, IL 60035-4842** | - | | **Trade Debt** | | | | **3,911.86** |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **445,725.70**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Steam Sales Corporation**                                  ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7570**<br><br>**Konica Minolta**<br>**PO Box 550599**<br>**Jacksonville, FL 32255-0599** | | - | **Trade Debt (Lease)** | | | | 420.00 |
| Account No. **xx7239**<br><br>**Konica Minolta**<br>**Dept Ch 19188**<br>**Palatine, IL 60055-9188** | | - | **Trade Debt** | | | | 516.57 |
| Account No. **2031**<br><br>**Midwest Steam**<br>**15774 LaGrange Rd. #151**<br>**Orland Park, IL 60462** | | - | **Trade Debt** | | | | 1,276.53 |
| Account No. **1104**<br><br>**N2 Solutions**<br>**14539 W 96th Terr**<br>**Lenexa, KS 66215** | | - | **Trade Debt** | | | | 2,000.00 |
| Account No. **xxxx-8287**<br><br>**Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | | - | **Trade Date** | | | | 194.58 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,407.68**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steam Sales Corporation**, Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Steam Sales Service Corp.** <br> **55C Stonehill Rd.** <br> **Oswego, IL 60543** | | - | **2009/2010** <br> **Trade Debt** | | | | 4,843.38 |
| Account No. **xxxxx & x6942** <br> **Steil Truck Lines** <br> **591 Montgomery Rd** <br> **Montgomery, IL 60538** | | - | **Trade Debt** | | | | 1,390.00 |
| Account No. **4256** <br> **The Trailer Guy** <br> **716 E Church St** <br> **PO Box 243** <br> **Sandwich, IL 60548-0243** | | - | **Trade Debt** | | | | 140.00 |
| Account No. <br> **United Pipe & Supply** <br> **420 N Industrial Dr** <br> **Bradley, IL 60915** | | - | **Commission** | | | | 4,395.50 |
| Account No. <br> **Wayne Greenwood** <br> **6425 Grove Rd.** <br> **Oswego, IL 60543** | | - | **Loan to Business (Promissory Note)** | | | | 50,000.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **60,768.88**

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Steam Sales Corporation**,　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxMN6D** <br><br>**Yellow Book**<br>**P.O. Box 660052**<br>**Dallas, TX 75266-0052** | - | | **4/2010**<br>**Advertising** | | | | **97.65** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **97.65**

Total (Report on Summary of Schedules) **2,072,579.86**

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re **Steam Sales Corporation**  
Debtor(s)

Case No.  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **7,500.00** |
   | Prior to the filing of this statement I have received | $ **7,500.00** |
   | Balance Due | $ **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 28, 2010**

**/s/ Kent A. Gaertner**  
**Kent A. Gaertner 3121489**  
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**  
**400 S. County Farm Road**  
**Suite 330**  
**Wheaton, IL 60187**  
**630-510-0000   Fax: 630-510-0004**

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re **Steam Sales Corporation**                                       Case No.
                                    Debtor(s)                            Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **41**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 28, 2010**                    **/s/ John Greenwood**
                                            **John Greenwood**/**President**
                                            Signer/Title

```
Bailey Mechanical
4301 W 123 St
Alsip, IL 60803


BMT Leasing Inc
PO Box 692
Bryn Mawr, PA 19010-0692


Construction Data Co.
PO Box 981097
Boston, MA 02298-1097


Darren McCuaig
534 Truman Dr.
Oswego, IL 60543


Dell Commercial Credit
PO Box 689020
Des Moines, IA 50368-9020


Dell Commercial Credit
PO Box 689020
Des Moines, IA 50368-9020


Dex One
PO Box 660835
Dallas, TX 75266-0835


Frank T. Davenport
Morrison and Saltz
77 W. Washington St. Ste. #1611
Chicago, IL 60602


Frank T. Davenport
Morrison and Saltz
77 W. Washington St,. #1611
Chicago, IL 60602


Frank T. Davenport
Morrison and Saltz
77 W. Washington St. Ste. #1611
Chicago, IL 60602
```

```
Fulton Boiler Works
PO Box 403
Pulaski, NY 13142


Fulton Boiler Works, Inc.
972 Centerville Rd.
Pulaski, NY 13142


Fulton Heating Solutions, Inc.
972 Centerville Rd.
Pulaski, NY 13142


Fulton Thermal Corp.
PO Box 403
Pulaski, NY 13142


Fulton Thermal Corporation
972 Centerville rd.
Pulaski, NY 13142


Generation Partners LLC.
6425 Grove Road
Oswego, IL 60543


Generation Partners, LLC.
6425 Grove Rd.
Oswego, IL 60543


GMAC
P.O., Box 9001948
Louisville, KY 40290-1948


ICC Industrial Chimney
400 Boul J.F. Kennedy
Saint-Jerome, Quebec J7Y 4B7
CANADA


John C. Greenwood
32 W. Chippewa
Oswego, IL 60543


John Greenwood
32 W. Chippewa Ct.
Oswego, IL 60543
```

```
John Greenwood
32 W. Chippewa Ct.
Oswego, IL 60543


John Greenwood
32 W. Chippewa Ct.
Oswego, IL 60543


John Greenwood
See Above


Johnston Boiler Co.
300 Pine St
Ferrysburg, MI 49409-0300


Kamin & Assoc.
120 ycamore Place
Highland Park, IL 60035-4842


Konica Minolta
PO Box 550599
Jacksonville, FL 32255-0599


Konica Minolta
Dept Ch 19188
Palatine, IL 60055-9188


Mary Brown
509 Woodland Way
Oswego, IL 60543


Midwest Steam
15774 LaGrange Rd. #151
Orland Park, IL 60462


N2 Solutions
14539 W 96th Terr
Lenexa, KS 66215


Old Second National Bank
37 S. River St.
Aurora, IL 60506
```

Phil Van Wassenhove
16321 S Osceola Rd
Bradford, IL 61421


Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Rebecca Yassan
4525 N. Keystone
Chicago, IL 60630


Steam Sales Service Corp.
55C Stonehill Rd.
Oswego, IL 60543


Steil Truck Lines
591 Montgomery Rd
Montgomery, IL 60538


The Trailer Guy
716 E Church St
PO Box 243
Sandwich, IL 60548-0243


United Pipe & Supply
420 N Industrial Dr
Bradley, IL 60915


Wayne Greenwood
6425 Grove Rd.
Oswego, IL 60543


Yellow Book
P.O. Box 660052
Dallas, TX 75266-0052

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re  **Steam Sales Corporation**                                   Case No.
                                       Debtor(s)                     Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Steam Sales Corporation**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 28, 2010** | **/s/ Kent A. Gaertner** |
| Date | **Kent A. Gaertner 3121489** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Steam Sales Corporation** |
| | **Springer, Brown, Covey, Gaertner & Davis, L.L.C.** |
| | **400 S. County Farm Road** |
| | **Suite 330** |
| | **Wheaton, IL 60187** |
| | **630-510-0000 Fax:630-510-0004** |