# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
STEAM SALES CORPORATION             §    Case No. 10-24418
                                    §
          Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/BRADLEY J. WALLER_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-24418 BB Judge: BRUCE W. BLACK | | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- |
| Case Name: | STEAM SALES CORPORATION | | Date Filed (f) or Converted (c): | 05/28/10 (f) |
| | | | 341(a) Meeting Date: | 07/15/10 |
| For Period Ending: | 02/24/12 | | Claims Bar Date: | 05/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petty Cash | 30.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 2. Checking account ending in #0460 at Old Second N | 6,700.49 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 3. Savings Account at Old Second National Bank | 481.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 4. Accounts Receivable- $95,300.00 good, $150,000 a | 95,300.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 5. Claimed sales tax refund from Ill. Dept. of Reve | 8,855.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 6. Tax Refund for 2009 Form 1120 | 5,601.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 7. Cause of Action against former salesman for non | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 8. Possible Net Operating Loss carry forward due to | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 9. 2009 Chevrolet Avalanche 1500 | 27,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 10. See List of Equipment attached in connection wit | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 11. See Equipment List attached as Addendum to Sch. | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 12. See Attached Inventory list as Addendum B-30 | 42,100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 13. Litigation/Settlement (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.42 | FA |

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                             Ver: 16.05c

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No.: 10-24418  BB  Judge: BRUCE W. BLACK  
Case Name: STEAM SALES CORPORATION

Trustee Name: BRADLEY J. WALLER  
Date Filed (f) or Converted (c): 05/28/10 (f)  
341(a) Meeting Date: 07/15/10  
Claims Bar Date: 05/31/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $189,567.49   $5,000.00         $5,000.42   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-24418 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | STEAM SALES CORPORATION | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7165  Money Market Account |
| Taxpayer ID No: | *******0822 | | | |
| For Period Ending: | 02/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/10 | 13 | YMI Mechanical Inc. 837 Oakton Street, Suite F Elk Grove Village, IL 60007-1904 | per court order of August 13, 2010 | 1249-000 | 5,000.00 | | 5,000.00 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.04 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.08 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.12 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.16 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.19 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.23 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.27 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.31 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.35 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.39 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.59 | 4,990.80 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 4,990.83 |
| 08/24/11 | | To Acct #*******7166 | | 9999-000 | | 4,990.83 | 0.00 |

|  | COLUMN TOTALS | 5,000.42 | 5,000.42 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 4,990.83 | |
|  | Subtotal | 5,000.42 | 9.59 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 5,000.42 | 9.59 | |

Page Subtotals  5,000.42  5,000.42

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-24418 -BB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | STEAM SALES CORPORATION | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7166  Checking Account |
| Taxpayer ID No: | *******0822 | | |
| For Period Ending: | 02/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******7165 | | 9999-000 | 4,990.83 | | 4,990.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,965.83 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,940.83 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,915.83 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,890.83 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,865.83 |
| 01/26/12 | | Transfer to Acct #*******3200 | Bank Funds Transfer | 9999-000 | | 4,865.83 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 4,990.83 | 4,990.83 | 0.00 |
| Less: Bank Transfers/CD's | 4,990.83 | 4,865.83 | |
| Subtotal | 0.00 | 125.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 125.00 | |

Page Subtotals   4,990.83   4,990.83

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-24418 -BB | | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- |
| Case Name: | STEAM SALES CORPORATION | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3200  Checking Account |
| Taxpayer ID No: | *******0822 | | | |
| For Period Ending: | 02/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7166 | Bank Funds Transfer | 9999-000 | 4,865.83 | | 4,865.83 |

|  |  | COLUMN TOTALS | 4,865.83 | 0.00 | 4,865.83 |
| --- | --- | --- | --- | --- | --- |
|  |  | Less:  Bank Transfers/CD's | 4,865.83 | 0.00 | |
|  |  | Subtotal | 0.00 | 0.00 | |
|  |  | Less:  Payments to Debtors |  | 0.00 | |
|  |  | Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - ********7165 | 5,000.42 | 9.59 | 0.00 |
| Checking Account - ********7166 | 0.00 | 125.00 | 0.00 |
| Checking Account - ********3200 | 0.00 | 0.00 | 4,865.83 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,000.42 | 134.59 | 4,865.83 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    4,865.83          0.00

| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 24, 2012 |
|---|---|---|---|---|---|

Case Number:　10-24418　　　　Claim Class Sequence
Debtor Name:　STEAM SALES CORPORATION

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 3410-00 | LEE G. SCHWENDNER, CPA DiGiovine, Hnilo, Jordan & Joh 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | Administrative | | $1,086.25 | $0.00 | $1,086.25 |
| 200 2200-00 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Administrative | | $135.00 | $0.00 | $135.00 |
| 200 2100-00 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Administrative | | $1,250.04 | $0.00 | $1,250.04 |
| 11 999 6810-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Administrative | | $646.52 | $0.00 | $646.52 |
| 1 610 7100-00 | CIT Techn Fin Svcs | Unsecured | | $3,087.96 | $0.00 | $3,087.96 |
| 2 610 7100-00 | Yellow Book USA | Unsecured | | $8,034.00 | $0.00 | $8,034.00 |
| 3 610 7100-00 | Roundup Funding, c/o US Bankruptcy Clk | Unsecured | | $228.46 | $0.00 | $228.46 |
| 4 610 7100-00 | The Trailer Guy c/o US Bankruptcy Clerk | Unsecured | | $450.00 | $0.00 | $450.00 |
| 5 610 7100-00 | Kamin & Assoc. | Unsecured | | $4,341.56 | $0.00 | $4,341.56 |
| 6 610 7100-00 | Construction Data c/o US Bankruptcy Clk | Unsecured | | $1,614.27 | $0.00 | $1,614.27 |
| 7 610 7100-00 | AmEx Bank, FSB c/o US Bankruptcy Clk | Unsecured | | $590.43 | $0.00 | $590.43 |
| 8 610 7100-00 | Fulton Boiler Works, Inc. 972 Centerville Rd. Pulaski, NY 13142 | Unsecured | | $277,472.69 | $0.00 | $277,472.69 |
| 9 610 7100-00 | Fulton Boiler Works, Inc. 972 Centerville Rd. Pulaski, NY 13142 | Unsecured | | $14,155.41 | $0.00 | $14,155.41 |

| | | * | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 24, 2012 |

Case Number:  10-24418  
Debtor Name:  STEAM SALES CORPORATION

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10<br>610<br>7100-00 | Fulton Thermal Corp.<br>PO Box 403<br>Pulaski, NY  13142 | Unsecured | | $696,378.70 | $0.00 | $696,378.70 |
| | Case Totals: | | | $1,009,471.29 | $0.00 | $1,009,471.29 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-24418
Case Name: STEAM SALES CORPORATION
Trustee Name: BRADLEY J. WALLER

Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Illinois Department of Revenue | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT Techn Fin Svcs | $ | $ | $ |
| 2 | Yellow Book USA | $ | $ | $ |
| 3 | Roundup Funding, c/o US Bankruptcy Clk | $ | $ | $ |
| 4 | The Trailer Guy c/o US Bankruptcy Clerk | $ | $ | $ |
| 5 | Kamin & Assoc. | $ | $ | $ |
| 6 | Construction Data c/o US Bankruptcy Clk | $ | $ | $ |
| 7 | AmEx Bank, FSB c/o US Bankruptcy Clk | $ | $ | $ |
| 8 | Fulton Boiler Works, Inc. | $ | $ | $ |
| 9 | Fulton Boiler Works, Inc. | $ | $ | $ |
| 10 | Fulton Thermal Corp. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

   Remaining Balance                $_____

   Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE