UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| STEAM SALES CORPORATION § | Case No. 10-24418 |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,
Will County Court Annex
57 N. Ottawa
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012                    By: /s/ Bradley J. Waller
                                                        Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEAM SALES CORPORATION | § | Case No. 10-24418 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.42 |
| and approved disbursements of | $ | 134.59 |
| leaving a balance on hand of[1] | $ | 4,865.83 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,250.04 | $ 0.00 | $ 1,250.04 |
| Trustee Expenses: BRADLEY J. WALLER | $ 135.00 | $ 0.00 | $ 135.00 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,086.25 | $ 0.00 | $ 1,086.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,471.29 |
| Remaining Balance | $ 2,394.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Illinois Department of Revenue | $ 646.52 | $ 0.00 | $ 646.52 |

|  | Total to be paid to priority creditors | $ 646.52 |
|---|---|---|
|  | Remaining Balance | $ 1,748.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,006,353.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT Techn Fin Svcs | $ 3,087.96 | $ 0.00 | $ 5.36 |
| 2 | Yellow Book USA | $ 8,034.00 | $ 0.00 | $ 13.95 |
| 3 | Roundup Funding, c/o US Bankruptcy Clk | $ 228.46 | $ 0.00 | $ 0.40 |
| 4 | The Trailer Guy c/o US Bankruptcy Clerk | $ 450.00 | $ 0.00 | $ 0.78 |
| 5 | Kamin & Assoc. | $ 4,341.56 | $ 0.00 | $ 7.54 |
| 6 | Construction Data c/o US Bankruptcy Clk | $ 1,614.27 | $ 0.00 | $ 2.81 |
| 7 | AmEx Bank, FSB c/o US Bankruptcy Clk | $ 590.43 | $ 0.00 | $ 1.03 |
| 8 | Fulton Boiler Works, Inc. | $ 277,472.69 | $ 0.00 | $ 481.97 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Fulton Boiler Works, Inc. | $ 14,155.41 | $ 0.00 | $ 24.59 |
| 10 | Fulton Thermal Corp. | $ 696,378.70 | $ 0.00 | $ 1,209.59 |

Total to be paid to timely general unsecured creditors       $       1,748.02

Remaining Balance                                              $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                                    Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                   Case No. 10-24418-BWB
Steam Sales Corporation                                  Chapter 7
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: preed            Page 1 of 2         Date Rcvd: Feb 28, 2011
                            Form ID: ntcftfc7      Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2011.
db           +Steam Sales Corporation,    32 W. Chippewa Ct.,    Oswego, IL 60543-9166
aty          +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15645876      BMT Leasing Inc,    PO Box 692,    Bryn Mawr, PA 19010-0692
15645875     +Bailey Mechanical,    4301 W 123 St,    Alsip, IL 60803-1807
15811843     +CIT TECHNOLOGY FINANCING SERVICES INC.,    C/O WELTMAN, WEINBERG & REIS CO., LPA,
               175 S. THIRD ST., STE 900,    COLUMBUS, OH 43215-5166
15645877      Construction Data Co.,    PO Box 981097,    Boston, MA 02298-1097
15645878     +Darren McCuaig,    534 Truman Dr.,    Oswego, IL 60543-7422
15645879      Dell Commercial Credit,    PO Box 689020,    Des Moines, IA 50368-9020
15645881      Dex One,    PO Box 660835,    Dallas, TX 75266-0835
15645883     +Frank T. Davenport,    Morrison and Saltz,    77 W. Washington St,. #1611,    Chicago, IL 60602-3214
15645882     +Frank T. Davenport,    Morrison and Saltz,    77 W. Washington St. Ste. #1611,
               Chicago, IL 60602-3214
15645885     +Fulton Boiler Works,    PO Box 403,    Pulaski, NY 13142-0403
15645886     +Fulton Boiler Works, Inc.,    972 Centerville Rd.,    Pulaski, NY 13142-2595
15645887     +Fulton Heating Solutions, Inc.,    972 Centerville Rd.,    Pulaski, NY 13142-2595
15645888     +Fulton Thermal Corp.,    PO Box 403,    Pulaski, NY 13142-0403
15645889     +Fulton Thermal Corporation,    972 Centerville rd.,    Pulaski, NY 13142-2596
15645890     +Generation Partners LLC.,    6425 Grove Road,    Oswego, IL 60543-9298
15645893      ICC Industrial Chimney,    400 Boul J.F. Kennedy,    Saint-Jerome, Quebec J7Y 4B7,    CANADA
15645894     +John C. Greenwood,    32 W. Chippewa,    Oswego, IL 60543-9166
15645895     +John Greenwood,    32 W. Chippewa Ct.,    Oswego, IL 60543-9166
15645899     +Johnston Boiler Co.,    300 Pine St,    Ferrysburg, MI 49409-5131
15645900     +Kamin & Assoc.,    120 ycamore Place,    Highland Park, IL 60035-3333
15645901      Konica Minolta,    PO Box 550599,    Jacksonville, FL 32255-0599
15645902      Konica Minolta,    Dept Ch 19188,    Palatine, IL 60055-9188
15645903     +Mary Brown,    509 Woodland Way,    Oswego, IL 60543-8287
15645904     +Midwest Steam,    15774 LaGrange Rd. #151,    Orland Park, IL 60462-4766
15645905     +N2 Solutions,    14539 W 96th Terr,    Lenexa, KS 66215-1165
15645906     +Old Second National Bank,    c/o Terence M Felon,    4513 Lincoln Ave Ste 111,
               Lisle, IL 60532-1290
15645907     +Phil Van Wassenhove,    16321 S Osceola Rd,    Bradford, IL 61421-7561
15645909     +Rebecca Yassan,    4525 N. Keystone,    Chicago, IL 60630-4411
15645910     +Steam Sales Service Corp.,    55C Stonehill Rd.,    Oswego, IL 60543-9449
15645911     +Steil Truck Lines,    591 Montgomery Rd,    Montgomery, IL 60538-1745
15645912      The Trailer Guy,    716 E Church St,    PO Box 243,    Sandwich, IL 60548-0243
15645913     +United Pipe & Supply,    420 N Industrial Dr,    Bradley, IL 60915-1256
15645914     +Wayne Greenwood,    6425 Grove Rd.,    Oswego, IL 60543-9298
15645915      Yellow Book,    P.O. Box 660052,    Dallas, TX 75266-0052
15896951     +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Md 21094-5126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15645892      EDI: GMACFS.COM Feb 28 2011 20:18:00      GMAC,    P.O., Box 9001948,    Louisville, KY 40290-1948
15702468     +E-mail/Text: bankruptcy@pb.com Feb 28 2011 23:40:29       Pitney Bowes,    POB 5065,
               Shelton, CT 06484-7165
15645908      E-mail/Text: bankruptcy@pb.com Feb 28 2011 23:40:30       Purchase Power,    PO Box 856042,
               Louisville, KY 40285-6042
                                                                                              TOTAL: 3


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15645898      John Greenwood,     See Above
aty*         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15645880*     Dell Commercial Credit,    PO Box 689020,    Des Moines, IA 50368-9020
15645884*    +Frank T. Davenport,    Morrison and Saltz,    77 W. Washington St. Ste. #1611,
               Chicago, IL 60602-3214
15645891*    +Generation Partners, LLC.,    6425 Grove Rd.,    Oswego, IL 60543-9298
15645896*    +John Greenwood,    32 W. Chippewa Ct.,    Oswego, IL 60543-9166
15645897*    +John Greenwood,    32 W. Chippewa Ct.,    Oswego, IL 60543-9166
                                                                              TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```