UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                             §
                                                   §
STEAM SALES CORPORATION                            §        Case No. 10-24418
                                                   §
        Debtor(s)                                  §
                                                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BRADLEY J. WALLER_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 1 | CIT TECHNOLOGY FINANCING SERVICES I | | | | | |
| 6 | CONSTRUCTION DATA CO. | | | | | |
| 8 | FULTON BOILER WORKS, INC. | | | | | |
| 9 | FULTON BOILER WORKS, INC. | | | | | |
| 10 | FULTON THERMAL CORP. | | | | | |
| 5 | KAMIN & ASSOC. | | | | | |
| 3 | ROUNDUP FUNDING, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | THE TRAILER GUY | | | | | |
| 2 | YELLOW BOOK USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-24418 | BB | Judge: BRUCE W. BLACK | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|---|
| Case Name: | STEAM SALES CORPORATION | | | | Date Filed (f) or Converted (c): | 05/28/10 (f) |
| | | | | | 341(a) Meeting Date: | 07/15/10 |
| For Period Ending: | 05/31/12 | | | | Claims Bar Date: | 05/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petty Cash | 30.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 2. Checking account ending in #0460 at Old Second N | 6,700.49 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 3. Savings Account at Old Second National Bank | 481.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 4. Accounts Receivable- $95,300.00 good, $150,000 a | 95,300.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 5. Claimed sales tax refund from Ill. Dept. of Reve | 8,855.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 6. Tax Refund for 2009 Form 1120 | 5,601.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 7. Cause of Action against former salesman for non | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 8. Possible Net Operating Loss carry forward due to | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 9. 2009 Chevrolet Avalanche 1500 | 27,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 10. See List of Equipment attached in connection wit | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 11. See Equipment List attached as Addendum to Sch. | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 12. See Attached Inventory list as Addendum B-30 | 42,100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 13. Litigation/Settlement (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.42 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.06b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-24418   BB   Judge: BRUCE W. BLACK | |
| Case Name: | STEAM SALES CORPORATION | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 05/28/10 (f) |
| 341(a) Meeting Date: | 07/15/10 |
| Claims Bar Date: | 05/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $189,567.49 | $5,000.00 | | $5,000.42 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-24418 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | STEAM SALES CORPORATION | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7165  Money Market Account |
| Taxpayer ID No: | *******0822 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/10 | 13 | YMI Mechanical Inc.<br>837 Oakton Street, Suite F<br>Elk Grove Village, IL  60007-1904 | per court order of August 13, 2010 | 1249-000 | 5,000.00 | | 5,000.00 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.04 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.08 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.12 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.16 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.19 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.23 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.27 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.31 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.35 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.39 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.59 | 4,990.80 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 4,990.83 |
| 08/24/11 | | To Acct #*******7166 | | 9999-000 | | 4,990.83 | 0.00 |

|  |  | COLUMN TOTALS | 5,000.42 | 5,000.42 | 0.00 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 0.00 | 4,990.83 | |
| | | Subtotal | 5,000.42 | 9.59 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 5,000.42 | 9.59 | |

Page Subtotals     5,000.42     5,000.42

Ver: 16.06b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-24418 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | STEAM SALES CORPORATION | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7166  Checking Account |
| Taxpayer ID No: | *******0822 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******7165 | | 9999-000 | 4,990.83 | | 4,990.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,965.83 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,940.83 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,915.83 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,890.83 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,865.83 |
| 01/26/12 | | Transfer to Acct #*******3200 | Bank Funds Transfer | 9999-000 | | 4,865.83 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,990.83 | 4,990.83 | 0.00 |
| Less: Bank Transfers/CD's | 4,990.83 | 4,865.83 | |
| Subtotal | 0.00 | 125.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 125.00 | |

Page Subtotals    4,990.83    4,990.83

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-24418 -BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | STEAM SALES CORPORATION | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3200  Checking Account |
| Taxpayer ID No: | *******0822 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7166 | Bank Funds Transfer | 9999-000 | 4,865.83 | | 4,865.83 |
| 04/20/12 | 001001 | LEE G. SCHWENDNER, CPA | Accountant for Trustee Fees (Other) | 3410-000 | | 1,086.25 | 3,779.58 |
| | | DiGiovine, Hnilo, Jordan & Joh | | | | | |
| | | 2570 Foxfield Road, Suite 301 | | | | | |
| | | St. Charles, IL  60174 | | | | | |
| 04/20/12 | 001002 | BRADLEY J. WALLER | Trustee Expenses | 2200-000 | | 135.00 | 3,644.58 |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 04/20/12 | 001003 | BRADLEY J. WALLER | Trustee Compensation | 2100-000 | | 1,250.04 | 2,394.54 |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 04/20/12 | 001004 | Illinois Department of Revenue | Claim 11, Payment 100.00000% | 5800-000 | | 646.52 | 1,748.02 |
| | | Bankruptcy Section | | | | | |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| 04/20/12 | 001005 | CIT Techn Fin Svcs | Claim 1, Payment 0.17358% | 7100-000 | | 5.36 | 1,742.66 |
| 04/20/12 | 001006 | Yellow Book USA | Claim 2, Payment 0.17364% | 7100-000 | | 13.95 | 1,728.71 |
| 04/20/12 | 001007 | CLERK OF THE UNITED STATES | Claim 3, Payment 0.17509% | 7100-000 | | 0.40 | 1,728.31 |
| | | BANKRUPTCY COURT | Roundup Funding, c/o US Bankruptcy Clk | | | | |
| | | NORTHERN DISTRICT OF IL/EASTERN | | | | | |
| | | DIVISION | | | | | |
| | | 219 S. DEARBORN STREET | | | | | |
| | | CHICAGO, IL  60604 | | | | | |
| 04/20/12 | 001008 | CLERK OF THE UNITED STATES | Claim 4, Payment 0.17333% | 7100-000 | | 0.78 | 1,727.53 |
| | | BANKRUPTCY COURT | The Trailer Guy c/o US Bankruptcy Clerk | | | | |
| | | NORTHERN DISTRICT OF IL/EASTERN | | | | | |
| | | DIVISION | | | | | |
| | | 219 S. DEARBORN STREET | | | | | |
| | | CHICAGO, IL  60604 | | | | | |
| | | | Page Subtotals | | 4,865.83 | 3,138.30 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-24418 -BB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | STEAM SALES CORPORATION | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3200 Checking Account |
| Taxpayer ID No: | *******0822 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/12 | 001009 | Kamin & Assoc. | Claim 5, Payment 0.17367% | 7100-000 | | 7.54 | 1,719.99 |
| 04/20/12 | 001010 | CLERK OF THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IL/EASTERN DIVISION 219 S. DEARBORN STREET CHICAGO, IL 60604 | Claim 6, Payment 0.17407% Construction Data c/o US Bankruptcy Clk | 7100-000 | | 2.81 | 1,717.18 |
| 04/20/12 | 001011 | CLERK OF THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IL/EASTERN DIVISION 219 S. DEARBORN STREET CHICAGO, IL 60604 | Claim 7, Payment 0.17445% AmEx Bank, FSB c/o US Bankruptcy Clk | 7100-000 | | 1.03 | 1,716.15 |
| 04/20/12 | 001012 | Fulton Boiler Works, Inc. 972 Centerville Rd. Pulaski, NY 13142 | Claim 8, Payment 0.17370% | 7100-000 | | 481.97 | 1,234.18 |
| 04/20/12 | 001013 | Fulton Boiler Works, Inc. 972 Centerville Rd. Pulaski, NY 13142 | Claim 9, Payment 0.17371% | 7100-000 | | 24.59 | 1,209.59 |
| 04/20/12 | 001014 | Fulton Thermal Corp. PO Box 403 Pulaski, NY 13142 | Claim 10, Payment 0.17370% | 7100-000 | | 1,209.59 | 0.00 |

| | Page Subtotals | 0.00 | 1,727.53 |
| --- | --- | --- | --- |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-24418 -BB | |
| Case Name: | STEAM SALES CORPORATION | |
| Taxpayer ID No: | *******0822 | |
| For Period Ending: | 05/31/12 | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3200  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 4,865.83 | 4,865.83 | 0.00 |
| Less:  Bank Transfers/CD's | 4,865.83 | 0.00 | |
| Subtotal | 0.00 | 4,865.83 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,865.83 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******7165 | 5,000.42 | 9.59 | 0.00 |
| Checking Account - *******7166 | 0.00 | 125.00 | 0.00 |
| Checking Account - *******3200 | 0.00 | 4,865.83 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.42 | 5,000.42 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*